**Order entered November 5, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00800-CV

**SUSAN E. HARRIMAN, Appellant**

**V.**

**MILDRED V. EHRENBERG, ET AL., Appellees**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-11994**

## ORDER

Before the Court is appellees' October 12, 2018 motion to submit two unredacted documents for the Court's review. The redacted versions of the two documents are located in volume three of the supplemental clerk's record filed on August 14, 2018. We **GRANT** the motion. Appellees shall hand-deliver, **within ten days of the date of this order**, paper copies of the unredacted Declaration of Susan Harriman and the unredacted Corrected Declaration of Susan Harriman. The two documents shall be labeled "For In-Camera Review." *See* TEX. R. APP. P. 9.2(3).

/s/      ADA BROWN
         JUSTICE